# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# TACOMA DIVISION

| | |
|---|---|
| MICHAEL LEE MCINTOSH,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Civil No. C11-CV-05779-RSL-MAT<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including March 1, 2012, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including March 15, 2012, to file a reply brief.

DATED this <u>2nd</u> day of February, 2012.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1   ORDER - [C11-5779-RSL-MAT]

1

2

3  Presented by:

4  s/ Lisa Goldoftas
   LISA GOLDOFTAS
5  Special Assistant U.S. Attorney
   Office of the General Counsel
6  Social Security Administration
   701 Fifth Avenue, Suite 2900 M/S 221A
7  Seattle, WA 98104-7075
   Telephone:  (206) 615-3858
8  Fax:  (206) 615-2531
   lisa.goldoftas@ssa.gov

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Page 2    ORDER - [C11-5779-RSL-MAT]