UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LEE MCINTOSH,

    Plaintiff,

v.

MICHAEL ASTRUE,
Commissioner of Social Security,

    Defendant.

CASE NO. C11-5779-RSL

REPORT AND RECOMMENDATION

Plaintiff brought this action to seek judicial review of the denial of his application for Disability Insurance Benefits and Supplemental Security Income by the Commissioner of the Social Security Administration. The parties have now stipulated that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. 15.)

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings. The parties have stipulated that, on remand, the Administrative Law Judge (ALJ) will: (1) provide a *de novo* hearing, during which plaintiff may raise any issue, and issue a new decision pursuant to sentence four of 42 U.S.C. § 405(g); (2) reevaluate all medical source evidence and opinions,

REPORT AND RECOMMENDATION
PAGE -1

including the opinions of Charles Quinci, Ph.D. and Jan Johnson, Ph.D.; (3) evaluate the medical source evidence of Robert Schneider, Ph.D.; (4) reevaluate "other source" evidence of David Pulliam, M.S.; (5) reevaluate plaintiff's impairments at steps two and three, credibility, and residual functional capacity; (6) continue the sequential evaluation process, obtaining supplemental vocational expert testimony as necessary; and (7) evaluate the effect, if any, of plaintiff's subsequent allowance of benefits on the current application without disturbing the subsequent allowance finding plaintiff disabled as of September 14, 2010.

Given the above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case REVERSED and REMANDED for further administrative proceedings. A proposed order accompanies this Report and Recommendation.

DATED this 21st day of February, 2012.

Mary Alice Theiler
United States Magistrate Judge