UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL LEE MCINTOSH,

  Plaintiff,

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

  Defendant.

CASE NO. C11-5779-RSL

ORDER OF REMAND

The parties filed a stipulated motion to reverse and remand this case for further administrative proceedings. (Dkt. # 19.) It is therefore ORDERED:

(1)  The Court adopts the Report and Recommendation;

(2)  The Court REVERSES and REMANDS this matter for further administrative proceeding pursuant to sentence four of 42 U.S.C. § 405(g); and

(3)  The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 22nd day of February, 2012.

              /s/ Robert S. Lasnik
              Robert S. Lasnik
              United States District Judge

ORDER OF REMAND
PAGE -1

ORDER OF REMAND
PAGE -2